*Page 1*

## CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Anthony Lawson  2020-01070
:
**Full Name of Plaintiff**     **Inmate Number**
:
:   Civil No. 3:20 cv 2428
:   (to be filled in by the Clerk's Office)
v.
:
:   (  ) Demand for Jury Trial
1- Pizza Hut
:   (X) No Jury Trial Demand
**Name of Defendant 1**
:
:
2- Eugene A. Mentz
:
**Name of Defendant 2**
:
:
3- Corey Sohns
:
**Name of Defendant 3**
:
:
4- Lindsay Zarick
:
**Name of Defendant 4**        FILED
:               SCRANTON
:               DEC 2 8 2020
5- Robert Kennedy
:   PER _____
**Name of Defendant 5**        DEPUTY CLERK
:
(Print the names of all defendants. If the names of all :
defendants do not fit in this space, you may attach :
additional pages. Do not include addresses in this :
section).                    :

---

### I.    NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

X    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___  Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (federal defendants)

___  Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States



 

CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Anthony Lawson 2020-01070 :
Full Name of Plaintiff        Inmate Number :

:        Civil No. _____

v.        :        (to be filled in by the Clerk's Office)

:
6— Brandon MUTA        :        (___) Demand for Jury Trial
Name of Defendant 1        :        (✗) No Jury Trial Demand

:
7— Deputy warden William Shanley        :
Name of Defendant 2        :

:
8— Deputy Warden Kristi Purvis        :
Name of Defendant 3        :

:
9— Coleen Orzel        :
Name of Defendant 4        :

:
10— Warden Timoth Betti        :
Name of Defendant 5        :
(Print the names of all defendants. If the names of all        :
defendants do not fit in this space, you may attach        :
additional pages. Do not include addresses in this        :
section).        :

## I.    NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

✗    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___    Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (federal defendants)

___    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

II.    ADDRESSES AND INFORMATION

A.    PLAINTIFF

LAWSON, ANTHONY

Name (Last, First, MI)

2020 - 01070

Inmate Number

LACKAWANNA COUNTY PRISON

Place of Confinement

1371 NORTH WASHINGTON AVENUE

Address

SCRANTON PA 18509

City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

X    Pretrial detainee

___    Civilly committed detainee

___    Immigration detainee

___    Convicted and sentenced state prisoner

___    Convicted and sentenced federal prisoner

B.    DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption.    If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

PIZZA HUT

Name (Last, First)

331 S. Blakely Street, Dunmore, PA, 18512

Current Job Title

PIZZA PREPARATION SERVER

Current Work Address

_____

City, County, State, Zip Code

Defendant 2:

(Last)                    (First)

Eugene  A  Mentz

Name (Last, First)

Current Job Title

Police Officer (Patrol Division)

Current Work Address

Police Department

City, County, State, Zip Code

Dunmore, PA, 18512

Defendant 3:

Sohns    Corey

Name (Last, First)

Current Job Title

Police Officer

Current Work Address

Police Dept

City, County, State, Zip Code

Dunmore, PA, 18512

Defendant 4:

ZARICK    LINDSAY

Name (Last, First)

Current Job Title

Police Officer

Current Work Address

Police Dept

City, County, State, Zip Code

Dunmore, PA

Defendant 5:

Kennedy    Robert

Name (Last, First)

Current Job Title

Pizza Hut's owner

Current Work Address

629 East Drinker Street

City, County, State, Zip Code

Dunmore, PA, 18512

## II.    ADDRESSES AND INFORMATION

### A.    PLAINTIFF

_____

Name (Last, First, MI)

_____

Inmate Number

_____

Place of Confinement

_____

Address

_____

City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

\_\_\_      Pretrial detainee

\_\_\_      Civilly committed detainee

\_\_\_      Immigration detainee

\_\_\_      Convicted and sentenced state prisoner

\_\_\_      Convicted and sentenced federal prisoner

### B.    DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption.   If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant

MUTA      BRANDON
_____

Name (Last, First)

Current Job Title

Police     Officer
_____

Current Work Address

Police    Dept
_____

City, County, State, Zip Code

Dunmore   PA   18512
_____

Defendant 7

Shanley , William

Name (Last, First)

Deputy Warden

Current Job Title

Lackawanna County Prison

Current Work Address

1371 North Washington Avenue

City, County, State, Zip Code

Scranton PA 18509-2840

Defendant 8

Purvis Kristi

Name (Last, First)

Deputy Warden

Current Job Title

Lackawanna County Prison

Current Work Address

1371 N Washington Avenue

City, County, State, Zip Code

Scranton PA 18509-2840

Defendant 9

Coleen Orzel

Name (Last, First)

Administrator

Current Job Title

LCP

Current Work Address

1371 N Washington Ave

City, County, State, Zip Code

Scranton PA 18509-2840

Defendant 10

Warden Timoti Betti

Name (Last, First)


Current Job Title

Warden

Current Work Address

LCP

City, County, State, Zip Code
1371 N Washington Ave Scranton PA 18509-2840

Defendant 2:

Dunmore Police Department

Name (Last, First)

Current Job Title

Current Work Address

Dunmore PA 18512

City, County, State, Zip Code

Defendant 3:

Lackawanna County Prison

Name (Last, First)

Current Job Title

Current Work Address

1371 North Washington Avenue

City, County, State, Zip Code Scranton PA 18509.

Defendant 4:

Esposito, Michael

Name (Last, First)

Current Job Title

Mail clerk

Current Work Address

1371 North Washington Avenue

City, County, State, Zip Code Scranton PA 18509

Defendant 5:

Lavelle, Derek

Name (Last, First)

Current Job Title

Correctional Officer

Current Work Address

1371 North Washington Avenue

City, County, State, Zip Code Scranton PA 18509

Page 3 of 6

III.    STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

   A.    Describe where and when the events giving rise to your claim(s) arose.

May 17th 2020
Pizza Hut Dunmore
331 S. Blakely Street, Dunmore, PA 18512

   B.    On what date did the events giving rise to your claim(s) occur?

May 17th 2020

   C.    What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

Someone called Police on me because of that, Pizza Hut fired me. Than police officers arrested me on false accusations and lied on their police report to gain approval to charges.

After that, I was unjustly being hold at Lackawanna County Prison. They didn't give me a fair trial since 5/17/2020, and violated plaintiffs sixth Amendment Constitutional right to get a trial in six months.

IV.    LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

Being fired without reasonable doubt is against the law. They violated Sunshine Act of Pennsylvania Law and violated plantiff's Constitutional rights

They also hold plaintiff in Lackawanna County Prison and plaintiff claims innocence for his Criminal Charges

V.    INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

I lost my Job, had monetary damages, I got fired - terminated from work illegally

VI.    RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

I am Seeking $50.000 for all parties involved, $50.000 from each defendant

## VII.    SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.


_____

Signature of Plaintiff

12-17-2020
_____

Date

ANTHONY LAWSON
LACKAWANNA COUNTY PRISON
1371 NORTH WASHINGTON AVENUE
SCRANTON PA 18509-2840
CELL D-26 ; Prisoner ID-2020-01070

RECEIVED
SCRANTON
DEC 2 8 2020
PER ___ DEPUTY CLERK

CONTENTS MAILED FROM
CORRECTIONAL FACILITY

LEGAL MAIL

18 USC 665
28 CFR 590.71

United States District Court
Middle District OF Pennsylvania
Attn= CLERK OF COURTS,
MR PETER WELSH
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON PA 18501

CONTENTS MAILED FROM
CORRECTIONAL FACILITY